IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MARY ANN PRATER, individually as a
wrongful death heir and on behalf of all the
wrongful death heirs and beneficiaries of
Sadie Alexander, deceased                                    PLAINTIFF

v.                                      CIVIL ACTION NO. 5:07CV133-KS-MTP

R.J. REYNOLDS TOBACCO COMPANY, et al.                        DEFENDANTS

## JUDGMENT OF DISMISSAL

THIS ACTION is before the Court on the motion *ore tenus* of the plaintiff for a dismissal of this action without prejudice. The Court, having considered the motion and because defendants have agreed to the dismissal, finds that it is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that this action be and hereby is fully and finally dismissed without prejudice and with the parties bearing their respective costs.

SO ORDERED AND ADJUDGED, this the 11th day of June 2009.

                                            *s/Keith Starrett*
                                            UNITED STATES DISTRICT JUDGE

AGREED:

/s/ Carroll Rhodes
ATTORNEY FOR PLAINTIFFS


/s/ Lewis W. Bell
ATTORNEY FOR DEFENDANTS